882 F.2d 512
 Read (Walter A.)
v.
Prothonotary Bane (Margo Ewing), Capano (Deborah H.),
Ogonowski (Rita), Fleetwood (Susan), Sylvestrzuk (Keith),
Nichols (Robert), Burris (Edward), Capitol Police
Department, Stoner (Ronald L., Sgt.), School (Frank),
Krajewski (Joseph), Davis (Roger), Wilmington Police Dept.,
Pennell (Joseph), Ghecas (Marilou A.), Longobardi (Joseph
J., Hon.), Disabatino (Arthur F., Hon.)
 NO. 89-3103
 United States Court of Appeals,
Third Circuit.
 JUL 12, 1989
 
 Appeal From: D.Del.,
 Farnan, J.
 
 
 1
 AFFIRMED.